UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:08-cr-14 |
| vs. | ) | |
| | ) | |
| TONYA FRANCIS | ) | MATTICE/LEE |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on March 24, 2009, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The defendant, Tonya Francis.
(3) Attorney Robert Philyaw for defendant.
(4) U.S. Probation Officer Janet Landers.
(5) Courtroom Deputy Kelli Jones.
(6) Court Reporter Elizabeth Coffey.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Perry Piper called U.S. Probation Officer Janet Landers, who testified that the defendant tested positive for drugs at the time of her arrest. Based on the defendant's continued drug use, I conclude the defendant has failed to abide by her conditions of release and that she is therefore a danger to the community. Therefore, she must be detained without bond.

SO ORDERED.

ENTER.

Dated: March 24, 2009        *s/William B. Mitchell Carter*
                             UNITED STATES MAGISTRATE JUDGE